QUIN DENVIR, Bar #49374
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN BUCIO-ROSAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 05-0404-WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER RE** |
| v. ) | **CONTINUANCE OF STATUS HEARING AND** |
| ) | **FINDINGS OF EXCLUDABLE TIME** |
| JUAN BUCIO-ROSAS, ) | |
| ) | DATE: December 14, 2005 |
| Defendant. ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. William B. Shubb |
| _____ ) | |

JUAN BUCIO-ROSAS, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHAEL BECKWITH, Assistant United States Attorney, hereby agree that the status conference set for November 23, 2005 be rescheduled to Wednesday, December 14, 2005 at 9:00 a.m.  This continuance is requested because the defense counsel requires additional time to obtain discovery, continue our investigation, and to interview our client and other witnesses

Accordingly, all counsel and Mr. Bucio-Rosas agree that the time from November 23, 2005 through December 14, 2005 should be excluded in computing the time within which trial must commence under

/ / /

1 | the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable
2 | time to prepare].
3 | DATED:  November 22, 2005
4 |     Respectfully submitted,
5 |     QUIN DENVIR
    Federal Defender
6 |
    /S/ Dennis S. Waks
7 |     _____
    DENNIS S. WAKS
8 |     Supervising Assistant Federal Defender
    Attorney for Defendant
9 |     JUAN BUCIO-ROSAS
10 |
11 |     McGREGOR SCOTT
    United States Attorney
12 |
DATE:  November 22, 2005
13 |     /S/ Dennis S. Waks for
14 |     _____
    MICHAEL BECKWITH
    Assistant United States Attorney
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

QUIN DENVIR, Bar #49374
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN BUCIO-ROSAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S. 05-0404-WBS |
| Plaintiff, | |
| v. | **ORDER RE CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME** |
| JUAN BUCIO-ROSAS, | |
| Defendant. | DATE: December 14, 2005<br>TIME: 9:00 a.m.<br>JUDGE: Hon. William B. Shubb |

**ORDER AND FINDINGS**

The new status conference is set for December 14, 2005 at 9:00 a.m. The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. Accordingly, time under the Speedy Trial Act is excluded from November 23, 2005, through December 14, 2005, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4. (reasonable time to prepare.)

DATED: November 22, 2005

/s/ William B. Shubb
_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3